STATE of Louisiana

v.

David BROWN

NO. 2016-KK-1792

Supreme Court of Louisiana.

October 6, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Lafourche, 17th Judicial District Court Div. A, No. 520,401; to the Court of Appeal, First Circuit, No. 2016 KW 1259.

Denied.

WEIMER, J., recused.

STATE of Louisiana

v.

Zachary HOLMES, et al.

NO. 2016-KK-1812

Supreme Court of Louisiana.

October 7, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. D, No. 525-355; to the Court of Appeal, Fourth Circuit, No. 2016-K-0316

Stay denied. Writ denied.

IN RE: APPEAL OF the DISCIPLINARY BOARD NO. 16-PDB-009

NO. 2016-OB-1241

Supreme Court of Louisiana.

October 10, 2016

Applying For Appeal of the decision of the Disciplinary Board Office of Disciplinary Board, No. 16-PDB-009

Leave to appeal denied.

IN RE: APPEAL OF THE DECISION OF THE DISCIPLINARY BOARD NO. 15-PDB-159

NO. 2016-OB-1242

Supreme Court of Louisiana.

October 10, 2016

Applying For Appeal of the Decision of the Disciplinary Board Office of Disciplinary Board, No. 15-PDB-159

Leave to appeal denied.